PLEASE RECEIPT AND RETURN

**FILED**

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
### Southern District Of California
### Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

2008 APR 18 PM 5: 27

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF
CALIF.
RIVERSIDE

FILED

W. Samuel Hamrick, Jr.
Clerk of Court

April 17, 2008

Office of the Clerk
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Re: Russ v. Yates, Case No. 08cv0679-DMS-WMC

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:s/ L Odierno_____
Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____APR 18 2008_____
AND ASSIGNED CASE NUMBER ED CV 08 - 00539 CAS    JTL

CLERK, U.S. DISTRICT COURT

By: _____L. Mury_____, Deputy